



## MEMORANDUM OPINION

No. 04-10-00512-CV

**E&D SERVICES, INC.**, S. Lavon Evans, Jr., and S. Lavon Evans, Jr., Drilling Venture, LLC,
and S. Lavon Evans, Jr. Operating Co., Inc., Intervenor,
Appellants

v.

**LAREDO ENERGY HOLDINGS, LLC**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2007-CVQ-000903-D2
Honorable Raul Vasquez, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Phylis J. Speedlin, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  December 14, 2011

DISMISSED

The parties have filed a joint motion to dismiss this appeal with prejudice, stating that they have reached a settlement that has been fully executed.  The motion is granted.  *See* TEX. R. APP. P. 42.1(a), 43.2(f).  Costs of appeal are taxed against the parties who incurred them.

PER CURIAM